UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSEMARY MAYSONET, individually and on behalf of all others similarly situated,

                              Plaintiff,

                    -v-

VALLEY NATIONAL BANK,

                              Defendant.

16-CV-2144 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 22-1.) The proposed settlement involves $22,500 to be allocated to Plaintiff Rosemary Maysonet in connection with her FLSA claims. (*Id.*) Of that $22,500 settlement sum, $12,500 will be collected in attorney's fees and costs. (Dkt. No. 22; Dkt. No. 22-1.) As stated at the teleconference held on July 25, 2017, the Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015). To that end, the proposed settlement at Docket Number 22 is approved, and the claims are hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action. The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: July 25, 2017
       New York, New York

                                                                           J. PAUL OETKEN
                                                               United States District Judge